UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL WHITE,

                    Plaintiff,

     v.

RON HAYNES,

                    Defendant.

CASE NO. C19-5302 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and all pending motions are **DENIED**.

Dated this 23rd day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge